UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Dana Lyon,** § | |
| § | |
| **Plaintiff,** § | |
| VS. § | |
| § | |
| **Kohler Co.,** § | |
| § | **CIVIL ACTION NO. H-04-3533** |
| **Defendant/Third Party Plaintiff,** § | |
| § | |
| VS. § | |
| § | |
| **Watts Water Technologies, Inc.,** § | |
| § | |
| **Third Party Defendant.** § | |

## MEMORANDUM AND ORDER

Pending before the Court is Third Party Defendant Watts Water Technologies, Inc.'s ("Watts") motion for leave to designate responsible third party. That motion, Docket No. 30, is hereby **DENIED WITHOUT PREJUDICE TO REFILING**. If Watts wishes to refile the motion, it should confer with the other parties to this suit as to whether they oppose the motion. Watts should include with its refiled motion a certificate of conference indicating whether or not the motion is opposed. If the motion is unopposed, it should be captioned as such.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 20th day of December, 2005.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**