UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DANA LYON, § | |
| § | |
| Plaintiff, § | |
| VS. § | |
| § | |
| KOHLER CO., § | |
| § | |
| Defendant, Third-Party Plaintiff § | CIVIL ACTION NO. H-04-3533 |
| and Cross-Defendant, § | |
| § | |
| VS. § | |
| § | |
| WATTS WATER TECHNOLOGIES § | |
| INC., § | |
| § | |
| Third-Party Defendant and Cross- § | |
| Plaintiff. § | |

## MEMORANDUM AND ORDER

Pending before the Court is Defendant Kohler Co.'s unopposed motion to withdraw and substitute counsel. Pursuant to the agreement of the parties, the motion is hereby **GRANTED**. Mark J. Dyer, Benjamin D. Britt, and the law firm of Fanning Harper & Martinson are hereby **GRANTED** leave to withdraw as counsel of record for Kohler Co. James A. Ellis, Jr., Penelope Brobst Blackwell, and the law firm of Carrington, Coleman, Sloman & Blumenthal, LLP are hereby **SUBSTITUTED** as counsel of record for Kohler Co.

1

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 17th day of February, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**