UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANA LYON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| KOHLER CO. | § | |
| | § | |
| Defendant/Third Party Plaintiff, | § | CIVIL ACTION NO. 4:04-3533 |
| | § | |
| vs. | § | |
| | § | |
| WATTS WATER TECHNOLOGIES, INC. | § | |
| | § | |
| Third Party Defendant. | § | |

## THIRD PARTY DEFENDANT, WATTS WATER TECHNOLOGIES, INC.'S NOTICE OF NONSUIT AS TO DEFENDANT KOHLER CO.

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Watts Water Technologies, Inc. ("Watts"), and files this its Notice of Non-Suit Without Prejudice as to Defendant/Third Party Plaintiff Kohler Co. ("Kohler"), and for such would respectfully show the following:

I.

Watts no longer wishes to pursue its cross-claim against Kohler at this time. Accordingly, Watts requests that the Court take notice of this Nonsuit as to Kohler, and dismiss Watts' claims against Kohler without prejudice. Each party shall bear its own costs.

**WHEREFORE, PREMISES CONSIDERED,** Third Part Defendant Watts Water Technologies, Inc. requests that the Court dismiss its claims against

Defendant/Third Party Plaintiff Kohler Co. without prejudice, and for such other and further relief to which it may be justly entitled.

Respectfully submitted,

*/s/ C. Vernon Hartline, Jr.*

**C. VERNON HARTLINE, JR.**
State Bar No. 09159500
S.D. Tex. No. 16641
**LARRY D. GRAYSON**
State Bar No. 08342900
S.D. Tex. No. 8336

**HARTLINE, DACUS, BARGER,
DREYER & KERN, L.L.P.**
6688 North Central Expressway, Suite 1000
Dallas, Texas 75206
Telephone:   (214) 369-2100
Telecopy:    (214) 369-2118

**ATTORNEYS FOR THIRD PARTY
DEFENDANT WATTS WATER
TECHNOLOGIES INC.**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on April 3, 2006 and April 18, 2006, counsel for Watts Water Technologies, Inc. conferred with Jim Ellis, counsel for Kohler Co., regarding this Notice of Nonsuit. Also, on April 3, 2006, counsel for Watts Water Technologies, Inc. conferred with David Redford, counsel for Plaintiff, regarding this Notice of Nonsuit. The above-listed counsel stated they were not opposed to this Notice of Nonsuit.

*/s/ C. Vernon Hartline, Jr.*
C. VERNON HARTLINE, JR.

THIRD PARTY DEFENDANT, WATTS WATER TECHNOLOGIES, INC.'S
NOTICE OF NONSUIT AS TO DEFENDANT KOHLER CO.                                    Page 2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was forwarded to all known counsel of record via certified mail, return receipt requested, on this the ___ day of April, 2006.

_____
C. VERNON HARTLINE, JR.