UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DANA LYON,<br><br>Plaintiff,<br><br>vs.<br><br>KOHLER CO.<br><br>Defendant/Third Party Plaintiff,<br><br>vs.<br><br>WATTS WATER TECHNOLOGIES, INC.<br><br>Third Party Defendant. | §§§§§§§§§§§§§§§<br><br>CIVIL ACTION NO. 4:04-3533 |

**ORDER GRANTING WATTS WATER TECHNOLOGIES, INC.'S NOTICE OF NONSUIT AS TO DEFENDANT KOHLER CO. WITHOUT PREJUDICE**

CAME ON TO BE CONSIDERED this day, Third Party Defendant Watts Water Technologies, Inc.'s Notice of Non-Suit as to Defendant/Third Party Plaintiff Kohler Co. After considering the Notice of Non-Suit, the Court is of the opinion that Third Party Defendant's Notice of Non-Suit should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED, that Third Party Defendant Watts Water Technologies, Inc.'s claims against Defendant/Third Party Plaintiffs Kohler Co. are hereby DISMISSED without prejudice to the refiling of same. All parties shall bear their own costs.

SIGNED this _____ day of _____, 2006.

_____
U.S. DISTRICT JUDGE