# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| DANA LYON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | |
| | § | |
| KOHLER COMPANY, | § | |
| | § | |
| Defendant/Third Party Plaintiff, | § | CIVIL ACTION NO. H-04-3533 |
| | § | |
| VS. | § | |
| | § | |
| WATTS WATER TECHNOLOGIES, INC., | § | |
| | § | |
| Defendant/Third Party Plaintiff, | § | |

## MEMORANDUM AND ORDER

Pending before the Court is Watts Water Technologies, Inc.'s ("Watts") notice of nonsuit as to Kohler Company ("Kohler"). The notice, Docket No. 54, is unopposed and is therefore **GRANTED**. All of Watts's claims against Kohler are hereby **DISMISSED WITHOUT PREJUDICE TO REFILING**. Kohler's motions to dismiss and to quash subpoenas are hereby **DENIED AS MOOT**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 19th day of April, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**

1